# EXHIBIT C



# U.S. PATENT NO. 12,030,403
# CLAIMS 1 & 11

*NOT FOR COPYING OR DISTRIBUTION*



# U.S. PATENT NO. 12,030,403 - CLAIM 1

| | |
|---|---|
| **1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:** | |
| transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS); | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| receiving the UAV upon the landing zone; | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS; | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. |

**NOT FOR COPYING OR DISTRIBUTION**



LEVINE BAGADE HAN LLP

## U.S. PATENT NO. 12,030,403 - CLAIM 1

| | |
|---|---|
| **obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;** | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system. |
| **advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and** | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system. |
| **transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV.** | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc. |

***NOT FOR COPYING OR DISTRIBUTION***



LEVINE BAGADE HAN LLP

# U.S. PATENT NO. 12,030,403 - CLAIM 11

| | |
|---|---|
| **11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:** | |
| receiving a UAV upon a landing zone located on a housing of a power station; | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station; | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. |

**NOT FOR COPYING OR DISTRIBUTION**



# U.S. PATENT NO. 12,030,403 - CLAIM 11

| | |
|---|---|
| **obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;** | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system.<br> |
| **advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV.** | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system.<br> |

**NOT FOR COPYING OR DISTRIBUTION**



# U.S. PATENT NO. 11,318,859
# CLAIMS 1 & 11

***NOT FOR COPYING OR DISTRIBUTION***



# U.S. PATENT NO. 11,318,859 - CLAIM 1

| | |
|---|---|
| **1. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:** | |
| **transmitting one or more signals to a UAV via one or more markers or emitters when the UAV is in proximity to a landing zone located on a reconfigurable power station (RPS);** | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| **determining an orientation of the UAV relative to the landing zone after the UAV has landed;** | The Hextronics Universal performs post flight checks to ensure that the drone has arrived safely on the landing zone. |
| **removing a first swap cartridge from the UAV via a swapping adaptor which is positionable upon a vertical elevator system from within the RPS and lowering the first swap cartridge into the RPS;** | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. |

**NOT FOR COPYING OR DISTRIBUTION**



# U.S. PATENT NO. 11,318,859 - CLAIM 1

| | |
|---|---|
| **obtaining a second swap cartridge via the swapping adaptor from one or more receiving bays positioned within the RPS and lifting the second swap cartridge separately from the one or more receiving bays within the RPS via the vertical elevator system into alignment with a swap cartridge receptacle within a housing on the UAV, wherein each of the one or more receiving bays are aligned symmetrically relative to one another in a fixed position relative to the RPS;** | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system.<br> |
| **advancing the second swap cartridge along the swapping adaptor such that the second swap cartridge is transferred into the housing on the UAV; and** | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system.<br> |

**NOT FOR COPYING OR DISTRIBUTION**



## U.S. PATENT NO. 11,318,859 - CLAIM 1

| transmitting a clearance signal for take-off to the UAV via the RPS upon completion of a preflight check of the UAV. | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc.  |
|---|---|

*NOT FOR COPYING OR DISTRIBUTION*



# U.S. PATENT NO. 11,318,859 - CLAIM 11

| | |
|---|---|
| **11. A method of swapping a power supply in an unmanned aerial vehicle (UAV), comprising:** | |
| receiving a UAV upon a landing zone located on a housing of a power station; | The Hextronics Universal provides a landing zone via which a drone can precisely land. |
| removing a first cartridge from the UAV via a swapping mechanism which is positionable upon a vertical elevator system within the power station and vertically moving the first cartridge into a first receiving bay within the power station RPS; | The Hextronics Universal comprises battery swapping mechanism with a vertical elevator system. |

**NOT FOR COPYING OR DISTRIBUTION**



LEVINE BAGADE HAN LLP

# U.S. PATENT NO. 11,318,859 - CLAIM 11

| | |
|---|---|
| **obtaining a second cartridge via the swapping mechanism from a second receiving bay positioned within the power station by lifting the second cartridge separately from a plurality of receiving bays within the power station via the vertical elevator system and into alignment with the UAV, wherein each of the receiving bays are aligned symmetrically relative to one another in a fixed position relative to the power station;** | The Hextronics Universal comprises up to four batteries that can be swapped via the elevator system. |
| **advancing the second cartridge via the vertical elevator system such that the second cartridge is transferred onto the housing on the UAV; and** | The Hextronics Universal comprises up to four batteries that can be swapped with a battery swapping mechanism having a vertical elevator system. |
| **clearing the UAV for take-off from the power station.** | The Hextronics Universal runs a preflight check before UAV deployment, comprising checks to the cameras, the propellers, the UAV body, the battery, the landing pad, etc. |

***NOT FOR COPYING OR DISTRIBUTION***