UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21257-CIV-ALTONAGA/Reid

ASYLON, INC.,

    Plaintiff,
v.

HEXTRONICS, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On February 26, 2026, the Court entered an Order [ECF No. 6], dismissing Plaintiff, Asylon, Inc.'s Complaint [ECF No. 1], as a "quintessential shotgun pleading" and requiring Plaintiff to submit an amended complaint by March 5, 2026. (*See* Feb. 26, 2026 Order 2).[1] To date, Plaintiff has not filed an amended complaint or requested an extension of time to do so. (*See generally* Dkt.).

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 6th day of March, 2026.

                                                                              *(signature)*
                                                         **CECILIA M. ALTONAGA**
                                                       **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.